Jack R. Nelson (SBN 111863)
Theodore T. Ting (SBN 191163)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  +1 510 763 2000
Facsimile:  +1 510 273 8832

Attorneys for Defendant Wachovia Mortgage, FSB

E-filing

FILED
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE JESUS GARCIA, an individual, and
CARMEN GARCIA, an individual,

Plaintiffs,

vs.

WACHOVIA, entity unkown, and DOES 1
through 20,

Defendant.

Case No. C08-04002

Formerly Alameda Superior Court Case No.
HG08398971

**DEFENDANT WACHOVIA MORTGAGE FSB'S NOTICE OF PENDENCY OF OTHER RELATED ACTIONS OR PROCEEDINGS**

[LOCAL RULES 3-12, 3-13]

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:

Pursuant to United States District Court for the Northern District of California Local Rules 3-12 and 3-13, Defendant Wachovia Mortgage, FSB, erroneously sued as "Wachovia," states that it is not aware of any related actions or of the pendency of other related proceedings in state or federal court.

DATED: August 21, 2008.

REED SMITH LLP

By _____
Keith D. Yandell
Attorneys for Defendant Wachovia Mortgage, FSB

– 1 –

Notice of Pendency

DOCSOAK-9916465.1