Jack R. Nelson (SBN 111863)
Theodore T. Ting (SBN 191163)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  +1 510 763 2000
Facsimile:  +1 510 273 8832

Attorneys for Defendant Wachovia Mortgage, FSB

E-filing

FILED
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADR BZ

| | |
|---|---|
| JOSE JESUS GARCIA, an individual, and CARMEN GARCIA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA, entity unkown, and DOES 1 through 20,<br><br>Defendant. | Case No. C08-04002<br><br>Formerly Alameda Superior Court Case No. HG08398971<br><br>**DEFENDANT WACHOVIA MORTGAGE FSB'S CERTIFICATION OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Golden West Financial Corporation, of which World Savings Bank, FSB, a predecessor of "Wachovia Mortgage FSB," was a subsidiary, and

1. - Wachovia Corporation, of which Wachovia Mortgage, FSB and Golden West Financial Corporation are subsidiaries.
-  

DATED: August 21, 2008.

REED SMITH LLP

By _____
Keith D. Yandell
Attorneys for Defendant Wachovia Mortgage, FSB