1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11  Jose Jesus Garcia, et al.           No. C 08-04002 BZ
12         Plaintiff(s),
                                        **DECLINATION TO PROCEED BEFORE**
13    v.                                **A MAGISTRATE JUDGE**
                                        **AND**
14  Wachovia , et al.                   **REQUEST FOR REASSIGNMENT TO A**
                                        **UNITED STATES DISTRICT JUDGE**
15         Defendant(s).
                                    /
16
17      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18      The undersigned party hereby declines to consent to the assignment of this case to a United

19  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

20  a United States District Judge.

21                                      /s/ Keith D. Yandell

22  Dated: August 22, 2008              _____
                                        Signature
23
                                        Counsel for Defendant
24                                      (Plaintiff, Defendant, or indicate "pro se")

25
26
27
28

NDC-06