UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jose Jesus Garcia, et al.

    Plaintiff(s).

    v.

Wachovia,

    Defendant(s).
_____/

No. C08-4002 BZ

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set for **December 8, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: 8/28/08

    Richard W. Wieking, Clerk
    United States District Court

    *Simone Voltz*
    By: Simone Voltz - Deputy Clerk to
    Magistrate Judge Bernard Zimmerman

reassign.DCT

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JESUS GARCIA et al, | Case Number: CV08-04002 BZ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| WACHOVIA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mogeeb Weiss
WEISS LLP
799 Fletcher Lane, Suite 202
Hayward, CA 94544

Dated: August 28, 2008

Richard W. Wieking, Clerk
By: Simone Voltz, Deputy Clerk