1  Jack R. Nelson (SBN 111863)
   Theodore T. Ting (SBN 191163)
2  Keith D. Yandell (SBN 233146)
   REED SMITH LLP
3  1999 Harrison Street, Suite 2400
   Oakland, CA  94612-3572
4
   **Mailing Address:**
5  P.O. Box 2084
   Oakland, CA  94604-2084
6
7  Telephone:    +1 510 763 2000
   Facsimile:    +1 510 273 8832

8  Attorneys for Defendant Wachovia Mortgage, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSE JESUS GARCIA, an individual, and CARMEN GARCIA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA, entity unkown, and DOES 1 through 20,<br><br>Defendant. | Case No. C08-04002 PJH<br><br>Formerly Alameda Superior Court Case No. HG08398971<br><br>**DEFENDANTS WACHOVIA MORTGAGE, FSB'S DEMAND FOR A JURY TRIAL** |
|---|---|

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendants Wachovia Mortgage, FSB, hereby demands a jury trial on all issues in the above-entitled matter.

DATED:  September 4, 2008.

REED SMITH LLP

By   /s/ Keith D. Yandell
     Keith D. Yandell
     Attorneys for Defendant Wachovia Mortgage, FSB