

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JESUS GARCIA, an individual, and CARMEN GARCIA, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> WACHOVIA, entity unkown, and DOES 1 through 20, <br><br> Defendant. | Case No. C08-04002 PJH <br><br> Formerly Alameda Superior Court Case No. HG08398971 <br><br> **DISMISSAL WITH PREJUDICE** |

Plaintiffs Jose Jesus Garcia and Carmen Garcia ("Plaintiffs") in the above-referenced matter have agreed, through their counsel, to dismiss the above-captioned action, and each claim for relief set forth in their complaint, against Defendant Wachovia Mortgage, FSB, erroneously sued as Wachovia. Plaintiffs have agreed to dismiss their action with prejudice, and the claims that are dismissed are done so without attorneys' fees or costs to any party.

DATED: October 22, 2008.

WEIS LLP

By _____
Mogeeb Weiss
Attorney for Plaintiffs



10/27/08

Case No. C08-04002 PJH — 1 —

Dismissal With Prejudice

US_ACTIVE-18917515